**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DUQUOIN BURGESS<br><br>Plaintiff,<br><br>v.<br><br>NAVISTAR INTERNATIONAL, LLC and NAVISTAR DEFENSE, LLC,<br><br>Defendants. | Case No. 13cv1463 (TSC) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)( 1 )(A)(ii), the United States of America and Relator Duquoin Burgess ("Plaintiffs") and Navistar Defense, LLC and Navistar International, LLC ("Defendants") (collectively "the Parties"), through their respective counsel, hereby stipulate and agree that all of the claims by and on behalf of the United States in this action shall be dismissed with prejudice subject to the following terms and conditions:

1. The Parties have executed a written settlement agreement (Settlement Agreement) in compromise and settlement of the United States' claims, and Relator's claims on behalf of the United States, against Defendants set forth in the United States' Complaint and Relator's Amended Complaint.

2. Relator agrees that the amount and terms of the Settlement Agreement are fair, adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

3. The United States and Relator have reached agreement in full settlement of any claims the Relator may have under 31 U.S.C. § 3730(d)(1) for a share of the settlement of proceeds of the settlement.

4.      Accordingly, consistent with the Settlement Agreement, the Parties stipulate and

agree that all of the claims on behalf of the United States against the Defendants set

forth in the United States' Complaint and the Relator's Amended Complaint in this

action shall be dismissed with prejudice.

5.      Relator and Defendants have not reached agreement regarding Relator's claims for

statutory attorneys' fees and costs under 31 U.S.C. § 3730(d).

6.      The Court will retain jurisdiction over the Parties to the extent necessary to

adjudicate Relator's claims for statutory attorneys' fees and costs under 31 U.S.C.

§ 3730(d), and to enforce the terms and conditions of the Settlement Agreement.

Date: May 27, 2021

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN HUDAK
Acting Chief, Civil Division


 /s/ *Darrell C. Valdez*
DARRELL VALDEZ (D.C. Bar No. 420232)
Assistant United States Attorney
555 4th Street, NW, Civil Division
Washington, DC 20530
(202) 252-2507

JAMIE A. YAVELBERG
ROBERT J. McAULIFFE
GARY NEWKIRK
BRANDIE WEDDLE
United States Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station

2

Washington, DC 20044
(202) 307-0386

*Counsel for the United States of America*

/s/ *H. Vincent McKnight*
H. Vincent McKnight (D.C. Bar No. 293811)
Kevin Sharp (admitted *Pro Hac Vice*)
John McKnight (D.C. Bar No. 1031354)
Andrew Miller (D.C. Bar No. 1047209)
Robert Van Someren Greve (D.C. Bar No. 1617234)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
vmcknight@sanfordheisler.com
ksharp@sanfordheisler.com
jmcknight@sanfordheisler.com
amiller@sanfordheisler.com
rvansomerengreve@sanfordheisler.com
Telephone: (202) 499-5200
Facsimile:  (202) 449-5199
*Counsel for Relator Duquoin Burgess*


/s/ *Anne W. Robinson*
Anne W. Robinson (D.C. Bar No. 503232)
David R. Hazelton (D.C. Bar No. 370703)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
anne.robinson@lw.com
david.hazelton@lw.com
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Sean M. Berkowitz (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
sean.berkowitz@lw.com
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Counsel for Navistar International Corporation and Navistar Defense, LLC*

3